# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | **8:13CR420** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **CHRISTOPHER D. BRACKETT,** | ) | |
| Defendant. | ) | |

This matter is before the court on the motion for an extension of time by defendant Christopher D. Brackett (Brackett) (Filing No. 61). Brackett seeks additional time in which to supplement his motion to suppress (Filing No. 25) Brackett's counsel represents that government's counsel has no objection to the motion. Upon consideration, the motion will be granted. Brackett shall have **until June 20, 2014**, in which to supplement his motion to suppress. The evidentiary hearing scheduled for July 8, 2014, remains as scheduled.

**IT IS SO ORDERED.**

DATED this 27th day of May, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge