# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | **8:13CR420** |
| vs. | ) | **ORDER** |
| **CHRISTOPHER D. BRACKETT,** | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant Christopher D. Brackett (Brackett) to extend pretrial motion deadlines (Filing No. 64). Previously, Brackett was given to June 20, 2014, in which to supplement his motion to suppress (Filing No. 62). Brackett's present motion seeks three additional days to supplement his motion. For good cause shown, the motion will be granted to the extent Brackett shall have to June 27, 2014, in which to supplement his motion to suppress. The evidentiary hearing on his motion to suppress shall remain scheduled for July 8, 2014.

**IT IS SO ORDERED.**

DATED this 24th day of June, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge