IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )      8:13CR420
                               )
       v.                      )
                               )
CHRISTOPHER D. BRACKETT,       )         ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on the magistrate judge's findings and recommendation (Filing No. 77). On August 15, 2014, the magistrate judge filed his recommendation on the defendant's, Christopher D. Brackett ("Brackett"), motion to suppress (Filing No. 25). The magistrate judge determined that the defendant's motion to suppress should be denied (Filing No. 77). The defendant filed an objection to the magistrate judge's findings and recommendation (Filing No. 78). The government did not respond.

After review, the Court will adopt the magistrate judge's conclusions and finds that the motion to suppress should be denied. Accordingly,

IT IS ORDERED:

1) The findings and recommendation of the magistrate judge are approved and adopted.

2) The defendant's motion to suppress is denied.

3) Trial of this matter is scheduled for:

**Thursday, November 17, 2014, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The parties will have time to finalize plea negotiations, and it will accommodate the schedule of the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between October 8, 2014, and November 17, 2014, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 8th day of October, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court