IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
           Plaintiff,         )          8:13CR420
                              )
      v.                      )
                              )
CHRISTOPHER D. BRACKETT,      )          ORDER
                              )
           Defendant.         )
_____)
```

This matter is before the Court on defendant's motion to continue trial (Filing No. 82). The Court notes plaintiff has not objection and finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion to continue trial is granted. Trial of this matter is rescheduled for:

**Tuesday, January 20, 2015, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The parties will have time to prepare for trial or pursue plea negotiations, and it will accommodate the schedule of the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between November 17, 2014, and January 20, 2015, shall be deemed

excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 13th day of November, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court