IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR420 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER D. BRACKETT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to proceed on appeal *in forma pauperis* (Filing No. 125).  The Court has reviewed the motion and the supporting affidavit (Filing No. 126), and finds the motion should be granted.  Accordingly,

IT IS ORDERED that defendant's motion is granted.  Defendant may proceed on appeal without prepayment of costs.

DATED this 24th day of July, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court