IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTOPHER BRACKETT,<br><br>　　　　　Defendant. | 8:13CR420<br><br>**JUDGMENT** |

In accordance with the Memorandum and Order entered today, judgment is entered in favor of the United States of America and against Christopher Brackett.

Dated this 7th day of September 2018.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge